**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
KALAMAZOO DIVISION**

| | | |
|---|---|---|
| **JAIME BAILEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **1:10-cv-00096-PLM** |
| | ) | |
| **v.** | ) | **Judge Maloney** |
| | ) | |
| **CENTRAL CREDIT SERVICES, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER OF DISMISSAL PURSUANT TO SETTLEMENT

Pursuant to settlement, this case is dismissed *without* prejudice, without costs to either party, and with leave for Plaintiff to seek reinstatement within forty-five (45) days from the date of entry of this order. If this case has not been reinstated within forty-five (45) days from the date of entry of this order, or a motion for reinstatement has not been filed by said date, then the dismissal of this case shall automatically convert from a dismissal *without* prejudice to a dismissal *with* prejudice.

/s/ Paul L. Maloney
_____
Hon. Paul Maloney
United States District Judge

Dated: April 19, 2010
_____